UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.                                                                    5:25-CR-424 (BKS)

ARGENTINA JUAREZ-LOPEZ,

                      Defendant.

**Affidavit of Paul Tuck**

I, Paul Tuck, being duly sworn and under penalty of perjury, depose and say that:

1. I am counsel of record for Argentina Juarez-Lopez, the defendant in this case.

2. As part of my role as defense counsel, the United States Attorney's Office has provided discovery in relation to this case.

3. Attached as Exhibit 1 is a copy of the Administrative Warrant in case 5:25-SW-211 (TWD).

4. Attached as Exhibit 2 is a copy of the Memorandum of Law accompanying the Administrative Warrant in case 5:25-SW-211 (TWD).

5. Attached as Exhibit 3 is a copy of the first page of the application for the Administrative Warrant in case 5:25-SW-211 (TWD).

6. Attached as Exhibit 4 is a copy of the Rule 41 warrant in case 5:25-SW-211 (TWD).

7. Attached as Exhibit 5 is a copy of the first page of the application for the Rule 41 warrant in case 5:25-SW-211 (TWD).

8. Attached as Exhibit 6 is a copy of a Report of Investigation related to the execution of a search warrant.

9. Attached as Exhibit 7 is a copy of the I-213 report related to Argentina Juarez-Lopez.

1

10. Attached as Exhibit 8 is a copy of the I-247 immigration detainer related to Argentina Juarez-Lopez.

11. Attached as Exhibit 9 is a copy of body worn camera footage with a file name "AM Axon_Body_4_Video_2025-09-04_0915_D01A41613.mp4." This video has been clipped.

12. Attached as Exhibit 10 is a copy of body worn camera footage with a file name "LV Axon_Body_4_Video_2025-09-04-0919_D01A46173.mp4." This video has been clipped to remove instances where personal information was visible or discussed aloud.

13. Attached as Exhibit 11 is a copy of body worn camera footage with a file name "AD Axon_Body_4_Video_2025-09-04_0937_D01A40873.mp4." This video has been clipped to remove instances where personal information was visible or discussed aloud.

14. Attached as Exhibit 12 is a copy of body worn camera footage with a file name "NH Axon_Body_4_Video_2025-09-04_0918_D01A46573.mp4."

15. Attached as Exhibit 13 is a copy of body worn camera footage with a file name "MD Axon_Body_4_Video_2025-09-04_0916_D01A46183.mp4."

I declare under penalty of perjury of the laws of the United States and the State of New York that the foregoing is true and correct.

Dated: November 10, 2025

By: */s/ Paul Tuck*
    Paul Tuck