AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br>**12351 State Route 34, Cato, New York 13033,**<br>**as further described in Attachment A** | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.  **5:25-SW- 211**    **(TWD)**

USAO No. **2025R00368**

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
**12351 State Route 34, Cato, New York 13033, as further described in Attachment A**

located in the Northern District of New York, there is now concealed *(identify the person or describe the property to be seized)*:
**See Attachment B**

The basis for the search under Fed. R. Crim. P. 41(c) is (check one or more):

☒ evidence of a crime;

☒ contraband, fruits of crime, or other items illegally possessed;

☒ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| **Title 8, United States Code, Section 1324** | **Hiring Illegal Aliens, Smuggling Illegal Aliens, Transporting Illegal Aliens or Harboring Illegal Aliens** |
| **Title 18, United States Code, Section 1028** | **Fraud and Related Activity in Connection with Identification Documents, Authentication Features and Information** |
| **Title 42, United States Code, Section 408(a)(7)(B)** | **Use of a False Social Security Number** |

The application is based on these facts:
**See Attached Affidavit**

☒ Continued on the attached sheet.

☐ Delayed notice of ___ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

**Andrew McCoy, Special Agent, HSI**
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Video Conference.

Date: _Aug 28, 2025_

*Judge's signature*

City and state:  _Syracuse, New York_

Hon. Therese Wiley Dancks, U.S. Magistrate Judge
*Printed name and title*