U.S. Department of Homeland Security    Subject ID:400038358

# Record of Deportable/Inadmissible Alien

| Field | Value |
|---|---|
| Family Name (CAPS), First, Middle | JUAREZ-LOPEZ, ARGENTINA FRISDY |
| Sex | F |
| Hair | BLK |
| Eyes | BRO |
| Cmplxn | MBR |
| Country of Citizenship | GUATEMALA |
| Passport Number and Country of Issue | |
| File Number | CASE No:OSN2509000002 A221 024 758 |
| Height | 61 |
| Weight | 142 |
| Occupation | LABORER |
| U.S. Address | [redacted] AUBURN, NEW YORK, 13021-2429 |
| Scars and Marks | None Indicated |
| Date, Place, Time, and Manner of Last Entry | Unknown Date, Unknown Time, AFOOT |
| Passenger Boarded at | |
| F.B.I. Number | A1H68806D |
| Marital status | ☒ Single ☐ Divorced ☐ Married ☐ Widower ☐ Separated |
| Number, Street, City, Province (State) and Country of Permanent Residence | CALLE FINAL SAN ANTONIO SAN ANDRES SAN MARCOS, SAN MARCOS, GUATEMALA |
| Method of Location/Apprehension | PB |
| Date of Birth | [redacted]1975 Age:50 |
| Date of Action | 09/08/2025 |
| Location Code | BUN/OSN |
| At/Near | CATO, NY |
| Date/Hour | 09/04/2025 0945 |
| City, Province (State) and Country of Birth | SAN MARCOS, SAN MARCOS, GUATEMALA |
| AR | ☒ |
| Form : (Type and No.) Lifted ☐ Not Lifted ☐ | |
| By | See Narrative |
| NIV Issuing Post and NIV Number | |
| Social Security Account Name | |
| Status at Entry | PWA Mexico |
| Status When Found | IN TRAVEL |
| Date Visa Issued | |
| Social Security Number | |
| Length of Time Illegally in U.S. | OVER 1 YEAR |
| Immigration Record | POSITIVE - See Narrative |
| Criminal Record | |
| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | |
| Number and Nationality of Minor Children | |
| Father's Name, Nationality, and Address, if Known | See Narrative |
| Mother's Present and Maiden Names, Nationality, and Address, if Known | See Narrative |
| Monies Due/Property in U.S. Not in Immediate Possession | None Claimed |
| Fingerprinted? | ☒ Yes ☐ No |
| Systems Checks | See Narrative |
| Charge Code Words(s) | I9A2 |
| Name and Address of (Last)(Current) U.S. Employer | See Narrative |
| Type of Employment | |
| Salary | Hr |
| Employed from/to | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FINS #:1361690932    I77 #:3457292    DNA Envelope #:F4582451

Left Index Print    Right Index Print

ARREST COORDINATES:
-------------------
Latitude:   43.2149
Longitude: -76.58012

CONSEQUENCE DELIVERY SYSTEM:
---------------------------
Classification: CRMA

Alien has been advised of communication privileges 09/08/2025 (Date/Initials)

(Signature and Title of Immigration Officer)

Distribution:

File
Station
BUN

Received: (Subject and Documents) (Report of Interview)

Officer: PAUL VANDISH JR

on: September 08, 2025 at 1054 ( time )

Disposition: REINSTATEMENT OF DEPORT ORDER I-871

Examining Officer:

| Alien's Name | File Number | Date |
|---|---|---|
| JUAREZ-LOPEZ, ARGENTINA FRISDY | A221 024 758<br>Event No:OSN2509000002 | 09/08/2025 |

Email Addresses:
----------------
FRISDY2014@GMAIL.COM

ARRESTING AGENT:
-------------------------
DANIEL HUTCHINGS
CHARLIE RODRIGUEZ
NICHOLAS MULZOFF
EDGAR LORENZO
JAVIER LORENZO

FATHER NAME AND ADDRESS:
------------------------
Nationality:GUATEMALA JUAREZ-BALTAZAR, LUIS ANTULIO
CALLE FINAL SAN ANTONIO SAN ANDRES
SAN MARCOS, SAN MARCOS, GUATEMALA

MOTHER NAME AND ADDRESS:
------------------------
Nationality:GUATEMALA DE LEON-LOPEZ, FRANCISCA
CALLE FINAL SAN ANTONIO SAN ANDRES
SAN MARCOS, SAN MARCOS, GUATEMALA

FUNDS IN POSSESSION:
-------------------------
United States Dollar 21.00
Guatemalan Quetzal 5.00

RECORDS CHECKED:
----------------
CIS Positive
ABIS Negative
EARM Positive
NCIC Positive
NGI Positive
TECS Negative

NAME AND ADDRESS OF US EMPLOYER:
-------------------------
EMPLOYER NAME: NUTRITION BAR
CONFECTIONERS

| Signature | Title |
|---|---|
| | |

U.S. Department of Homeland Security — Continuation Page for Form I213

| Alien's Name | File Number | Date |
|---|---|---|
| JUAREZ-LOPEZ, ARGENTINA FRISDY | A221 024 758<br>Event No:OSN2509000002 | 09/08/2025 |

EMPLOYER ADDRESS:
12351 NY-34
CATO
NY 13033

Other Family/Associates Not in Event:
-------------------------------------
Child, [redacted]
Father, JUAREZ-BALTAZAR, LUIS, GUATE
Mother, DE LEON-LOPEZ, FRANCISCA, GUATE

CONSULATE NOTIFICATION:
-----------------------
THE SUBJECT WAS NOTIFIED OF THEIR RIGHT TO COMMUNICATE WITH A CONSULAR OFFICER FROM THEIR COUNTRY AS PER ARTICLE 36(1)(b) OF THE VIENNA CONVENTION ON CONSULAR RELATIONS.
THE SUBJECT INDICATED THAT THEY UNDERSTOOD THIS RIGHT BUT DECLINED TO SPEAK WITH SOMEONE AT THIS TIME.

NARRATIVE:
----------
On September 4, 2025, the Oswego Station (OSN) in coordination with the Buffalo Sector (BUN) Sector Intelligence Unit (SIU), Air and Marine Operations (AMO), Homeland Security Investigations (HSI), Enforcement and Removal Operation (ERO), Internal Revenue Service (IRS), United States Marshals Service (USMS), Oswego County Sheriff's Office (OCSO), and Cayuga County Sheriff's Office (CSCO), executed a federal search warrant at Nutrition Bar Confectioner's (NBC), 12351 State Route 34, Cato, NY 13033, as part of an HSI-led investigation. This area lies within OSN's area of responsibility (AOR), specifically Zone 46.

Argentina Frisdy JUAREZ-Lopez was encountered during the operation and was questioned as to her citizenship and nationality. JUAREZ freely admitted to being in the United States illegally and did not possess any immigration documentation that would allow her to enter or remain in the United States legally.

JUAREZ was transported to the Oswego Border Patrol Station for identification verification and further processing.

IMMIGRATION HISTORY:

JUAREZ was processed as an Expedited Removal with the final order date of May 31, 2024, in Donna, Texas. JUAREZ was removed on June 14, 2024, via the Harlingen, Texas Port of Entry to Guatemala. She was issued A# 221 024 758.

CRIMINAL HISTORY:

JUAREZ has no criminal history.

WANTS/WARRANTS:

| Signature | Title |
|---|---|
| | |

| Alien's Name | File Number | Date |
|---|---|---|
| JUAREZ-LOPEZ, ARGENTINA FRISDY | A221 024 758<br>Event No:OSN2509000002 | 09/08/2025 |

None.

JUAREZ is illegally in the United States and does not have family ties in the United States and is likely to abscond if released.

JUAREZ claims that no immigration petitions are pending, nor have any been filed on her behalf.

JUAREZ claims to reside at 112 Washington Street APT A Auburn, New York 13021.

JUAREZ does not claim fear of torture or persecution if she is returned to Guatemala.

CONSULAR NOTIFICATION:

JUAREZ was notified of her right to communicate with a consular officer from her country as per article 36(1)(b) of the Vienna convention on consular relations. She indicated that she understood this right, but declined to speak with a consular officer.

MEDICAL CONDITION:

JUAREZ appears to be in good health. No medical condition. CBP 2500 was completed.

DNA collected from BPA O. Rivera. Collection device # F4582451.

PROPERTY:

JUAREZ was in possession of a cell phone, 1 New York State identification card, $21.00 USD and $5.00 GTQ.

JUAREZ retains property I-77# 3457292.

DISPOSITION:

JUAREZ is being held in DHS custody pending prosecution for 8 USC 1326 reentry of removed aliens.

ENHANCED COLLECTION EFFORTS:

Illegal Alien Contacts:

Relatives: None

Known contacts or close friends in the U.S.: None

Business associates or former employers in the U.S.: None

Crypto Banking: No

| Signature | Title |
|---|---|
| | |

U.S. Department of Homeland Security — Continuation Page for Form I213

| Alien's Name | File Number | Date |
|---|---|---|
| JUAREZ-LOPEZ, ARGENTINA FRISDY | A221 024 758<br>Event No:OSN2509000002 | 09/08/2025 |

Possession/usage of crypto wallet(s): No

Name/type of crypto wallet applications or devices:
Crypto wallet ID(s).: None

Specific Biographic Information: None.

City and State (traveled from): El Paso, Texas

Phone Number: 315-559-[redacted]

Email: frisdy2014[redacted]

Social Media Profiles: None

US Destination: Auburn, New York

US POC and selector data: None

US Employer: Nutrition Bar Confectioners, Cato, New York

Purpose of travel to the United States: To work

Previous Military Service: None

Gang/Cartel Affiliations: None

Enhanced Collection Efforts:

Illegal Alien Contacts:

Report illegal alien relatives in the US to include addresses, phone numbers, emails, social media profiles, or any other information that would assist in locating the alien's relatives: None

Report illegal alien known contacts /close friends in the United States: None

Report illegal alien business associates, prior employers in the United States: None

Crypto Banking:

Identify and report illegal alien possession/usage of crypto wallet(s): None

Identify name/type of crypto wallet applications or devices (Coinbase, Phantom, Arculus Cold storage, etc.): None

| Signature | Title |
|---|---|
| | |

**U.S. Department of Homeland Security** **Continuation Page for Form** I213

| Alien's Name | File Number | Date |
|---|---|---|
| JUAREZ-LOPEZ, ARGENTINA FRISDY | A221 024 758<br>Event No:OSN2509000002 | 09/08/2025 |

Identify and report crypto wallet ID(s): None

Specific Biographic Information: In addition to information above, collect the following information listed below which is not currently captured via e3 reporting;

City and State (traveled from): El Paso, Texas

Phone Number: 315-559-[redacted]

Email: frisdy2014[redacted]

Social Media Profiles: None

US Destination: Auburn, New York

US POC and selector data: None

US Employer: Nutrition Bar Confectioners, Cato, New York

Purpose of travel to the United States: To work.

Previous Military Service: None

Gang/Cartel Affiliations: None

| Signature | Title |
|---|---|
| | |