TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO NORTE DE NUEVA YORK

LOS ESTADOS UNIDOS DE AMERICA

      v.

ARGENTINA JUAREZ-LOPEZ,

                Acusada.

5:25-CR-424 (BKS)

Declaración Jurada de Argentina Juarez-Lopez

Yo, Argentina Juarez-Lopez, debidamente juramentada y bajo pena de perjurio, declaro y digo lo siguiente:

1. Soy la acusada en la causa mencionada en el encabezado.

2. Soy hispanohablante nativa. Esta declaración jurada fue traducida en su totalidad para mí, y revisé la versión en idioma español de esta declaración jurada, la cual se adjunta como Prueba documental A.

3. El 4 de septiembre de 2025, yo trabajaba como operadora en la fábrica Nutrition Bar Confectioners ("NBC") ubicada en 12351 Ruta Estatal 34, Cato, NY.

4. Aproximadamente a las 9:15 a.m., yo me encontraba en el área de producción de la fábrica, en una máquina que empaca barras. En esta área de la fábrica, se requiere que los empleados usen guantes, una bata y una redecilla para el cabello, ya que el área debe mantenerse limpia y sanitaria. Yo estaba trabajando en un área con aproximadamente 20 a 23 otros empleados. En ese momento, se nos había asignado limpiar las máquinas para prepararlas para hacer un nuevo lote de barras.

1

5. Poco después de las 9:15 a.m., escuché alboroto y vi a una compañera de trabajo que yo conocía corriendo por el área de producción diciendo que la policía había entrado a la fábrica.

6. En ese momento, comencé a alejarme de mi estación en la máquina en el área de producción, pero rápidamente vi a un oficial de policía caminando hacia mí. El oficial llevaba un sombrero, una mascarilla que le cubría el rostro y tenía lo que parecía ser un chaleco de protección de estilo militar en el pecho. Lo escuché decir: "Alto."

7. En ese momento, me di la vuelta y comencé a caminar hacia otra área de la fábrica y me encontré con otro oficial de policía. Este oficial se veía igual que el primero y llevaba un chaleco de protección de estilo militar. También noté que este oficial llevaba una pistola en la pierna.

8. Tan pronto como vi a este oficial, me sobresalté y dejé de moverme. Este segundo oficial comenzó a hacer señas con las manos hacia mí y otros colegas indicando que todos debíamos movernos hacia la cafetería/sala de descanso.

9. En ese momento, yo podía ver entre 10 y 15 otros oficiales en el área de producción de la fábrica. Todos llevaban chalecos de protección de estilo militar y pistolas en la pierna. En cuanto los agentes del orden público entraron al edificio, toda la producción y el trabajo en la fábrica se detuvieron.

10. Los demás empleados y yo estábamos siendo agrupados en una fila y no se nos permitía salir de la fábrica ni permanecer en nuestras estaciones de trabajo. Escuché a los oficiales decirle a la gente que se moviera hacia la sala de descanso. Yo cumplí con los gestos y órdenes del oficial porque no sentía que tuviera otra opción. Cada empleado fue conducido como ganado hacia la sala de descanso. Mientras caminaba hacia la sala de descanso, podía ver a oficiales de policía registrando la fábrica en busca de otros empleados.

11. Cuando llegué a la cafetería, había entre 40 y 50 otros empleados ya amontonados en el salón. La cafetería es la sala de descanso/almuerzo de la fábrica y consiste en varias mesas,

2

sillas, casilleros, refrigeradores y máquinas expendedoras. Hay dos puertas en la misma pared para entrar y salir de la cafetería.

12. Entre las personas en la cafetería, había varios oficiales de policía que llevaban armas y chalecos de protección de estilo militar. Varios oficiales estaban parados cerca de las puertas para asegurarse de que la gente no pudiera salir.

13. Había caos en el salón, estaba lleno de gente y hacía calor. Podía escuchar a los oficiales de policía gritándoles a mis compañeros de trabajo que "se sentaran" y que "se quedaran allí". Todos fuimos empujados hacia una esquina del salón y se nos dijo que cada uno tendría que hablar individualmente con un oficial.

14. Cuando llegó mi turno para hablar con el oficial, el oficial hizo un gesto para que yo me colocara directamente frente a él. El oficial llevaba un uniforme completamente verde de estilo militar y pude ver que tenía un arma en la cadera. Era un hombre grande y musculoso.

15. El agente me preguntó de qué país era, en español. Yo respondí que quería hablar con un abogado. Luego me preguntó si tenía "documentos" en español. Nuevamente reiteré que quería hablar con un abogado. El oficial no hizo más preguntas y me dijo que me fuera al otro lado del salón con otras personas con las que ya habían hablado.

16. No tuve ninguna otra conversación con ningún oficial de policía mientras estuve en la sala de descanso, ni antes ni después de la interacción mencionada anteriormente.

17. En ningún momento durante mi interacción con la policía admití estar en el país ilegalmente, ni admití no tener documentos que me permitieran entrar o permanecer legalmente en los Estados Unidos. En ningún momento ningún oficial supo mi nombre, mi país de nacimiento, mi estatus migratorio, ni ninguna otra información sobre mí.

18. Después de que los agentes interrogaron a cada uno de nosotros individualmente, no escuché a ningún agente preguntar a nadie más sobre su estatus migratorio o de dónde venía. Más bien,

todos nos quedamos en la cafetería hasta que pequeños grupos fueron trasladados fuera de la fábrica.

19. Después de mi breve interacción con el oficial, tuve que esperar en la cafetería por al menos una hora antes de que me sacaran de la cafetería y me escoltaran hacia la entrada de la fábrica junto con varias otras compañeras de trabajo. En ese momento, los oficiales me registraron y me dijeron que apagara mi teléfono celular. Yo no sabía hacia dónde íbamos, y ningún oficial nos dijo nada.

20. Finalmente, llegamos a un autobús que nos iba a transportar. Luego, la policía envolvió una cadena alrededor de mi cintura y me esposó a la cadena. Después me llevaron a una instalación de las fuerzas del orden junto con las demás. No sé a dónde me llevaron, y ningún oficial me dijo nada.

21. Cuando llegamos a la instalación de las fuerzas del orden, todas nuestras pertenencias fueron tomadas y nos condujeron dentro del edificio y nos dijeron que nos sentáramos en una banca que estaba situada al otro lado del pasillo de tres celdas. Dos de las celdas eran grandes: una estaba llena de hombres y la otra llena de mujeres. La tercera era una celda muy pequeña y parecía vacía en ese momento.

22. Mientras esperaba, pedí usar el baño y me escoltaron hacia la celda más grande, donde había aproximadamente entre 20 y 30 de mis compañeras de trabajo apretadas dentro de la celda. En la celda había un solo inodoro de metal sin puerta ni privacidad. Me dijeron que ese era el único inodoro que se me permitía usar. Fue humillante.

23. Tuve que esperar en la banca hasta que un oficial de policía me llamara a otra área. Me entregaron una hoja de papel y me dijeron que escribiera mi nombre, fecha de nacimiento y que indicara si tenía algún familiar en los Estados Unidos. Yo escribí mi nombre y fecha de nacimiento en la hoja.

24. Después de eso, los oficiales de policía tomaron una fotografía de mi rostro y tomaron mis huellas dactilares. Luego me escoltaron de regreso a la banca para esperar.

25. Poco después, me llamaron a otro cuarto donde un oficial me pidió identificar cuál bolso era mío entre una pila de bolsos. Yo señalé mi bolso y el oficial procedió a revisar mis pertenencias y tiró maquillaje, mi cepillo de dientes y algunos medicamentos. Lo único que dejó en mi bolso fue mi identificación y algo de dinero en efectivo.

26. Luego se me colocó en la celda muy pequeña. Eventualmente, otra mujer fue colocada en la celda conmigo.

27. Permanecí encerrada en esta celda desde el jueves 4 de septiembre de 2025 hasta que me trasladaron a la celda más grande el domingo 7 de septiembre de 2025.

28. Durante mi tiempo en la celda pequeña, no se me permitió hacer llamadas telefónicas. No se me permitió salir al aire libre ni salir de la celda. No se me permitió ningún material de lectura ni otra forma de entretenimiento. La celda era extremadamente pequeña y consistía únicamente en un inodoro, una fuente de agua y una pequeña banca. Los oficiales nos dieron a la otra mujer y a mí un colchón de espuma y una manta para dormir, pero no había suficiente espacio para acostarnos completamente. Nos dieron la misma comida para el desayuno, el almuerzo y la cena cada día. Durante este tiempo, no tenía idea de dónde estaba, a dónde iba, ni qué iba a pasar conmigo.

29. El domingo 7 de septiembre de 2025, me llevaron a la celda grande. Ahora había solo varias otras mujeres en esa celda y muchas menos que el primer día. Cuando hablé con estas mujeres, me dijeron que habían sido separadas de sus hijos pequeños después de la redada del 4 de septiembre de 2025, y que estaban siendo mantenidas juntas porque tenían hijos pequeños. Me dijeron que no se les había permitido llamar a nadie y que no tenían idea de lo que estaba pasando. También me dijeron que yo estaba separada de su grupo porque yo era una "criminal". Sin embargo, no tengo ningún historial criminal y nunca he sido condenada por ningún delito en los Estados Unidos ni en ningún otro lugar.

30. El 8 de septiembre de 2025, me llevaron a la corte federal en Syracuse, Nueva York, donde finalmente me informaron que estaba siendo acusada de un delito.

Declaro bajo pena de perjurio, conforme a las leyes de los Estados Unidos y del Estado de Nueva York, que lo anterior es verdadero y correcto.

Fecha: 10 de noviembre, 2025

                               Por: _____
                                       Argentina Juarez-Lopez