UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.                                                                                  5:25-CR-424 (BKS)

ARGENTINA JUAREZ-LOPEZ,

                            Defendant.

**Affidavit of Candy Elisa Costa Aguilera**

I, Candy Elisa Costa Aguilera, being duly sworn, declare and state the following:

      1. I am fluent in both English and Spanish. I have worked as a professional Spanish/English interpreter for approximately fourteen (14) years. I have also worked as an analytical linguist for approximately seven (7) years, including in support of federal law enforcement investigations. Additionally, I have been a Qualified Federal Court Interpreter for approximately six (6) years. In that capacity, I have interpreted in federal court proceedings, attorney-client meetings, proffers, custodial interviews, investigative operations, and the translation and linguistic analysis of audio and video recordings. My work has required consistent accuracy, strict adherence to legal and ethical standards, and the ability to distinguish nuance, register, meaning, and context in spoken Spanish.

      2. I was retained by defense counsel in the above-captioned case to review several body-worn camera recordings created during an immigration enforcement operation that occurred on September 4, 2025, in Cato, New York.

      3. In conducting this review, I watched the recordings in full and translated and interpreted portions of the recordings where speech was audible and intelligible. Where speech was unclear or unintelligible due to background noise, overlapping voices, distance from the microphone, or audio quality, I noted that the speech could not be reliably interpreted.

4. Among the recordings I reviewed was a video labeled: "MD Axon_Body_4_Video_2025-09-04_0916_DO1A461832.mp4."

5. Approximately thirty-six (36) minutes and fifty-four (54) seconds into this recording, I heard a law enforcement agent address a woman I recognize as Argentina Juarez-Lopez, the defendant in this action. The agent stated in Spanish, "La próxima, la próxima. ¿De qué país eres?" (in English: "Next one, next one. What country are you from?"). Ms. Juarez-Lopez responded in Spanish, "Quiero un abogado." (in English: "I want an attorney."). The agent then asked another question which was unintelligible in the recording. Ms. Juarez-Lopez again responded, "Necesito un abogado." (in English: "I need an attorney."). Following this exchange, Ms. Juarez-Lopez was signaled to move to the side of the room.

6. My translation of the above statements is accurate to the best of my ability based on the audio quality of the recording and my training and experience in Spanish/English legal interpreting.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: November 10, 2025

By: _____
Candy Elisa Costa Aguilera