U.S. DISTRICT COURT – N.D. OF N.Y.
FILED
Nov 13 - 2025
John M. Domurad, Clerk

November 13, 2025

Hon. Brenda Sannes
Chief U.S. District Court Judge
Northern District NY
Federal Building and U.S. Courthouse
Syracuse, NY 13261

RE:   Request for exhibits
*United States v. Juarez-Lopez, 5:25-CR-00424-BKS*

Dear Judge Sannes:

I write to request that exhibits that include body camera footage be made public in the case against Argentina Juarez-Lopez.

The exhibits were filed Friday, Nov. 10 by her attorney Paul Tuck, via MFT. They are listed in the docket among exhibits 11 through 15.

Mr. Tuck described what is seen in the body-warn camera footage as part of his motion to suppress (#23).

We believe the actual footage should be available for public viewing. As you know, there is a clear public interest in reviewing these recordings of federal agents inside the Cato Nutrition Bar plant in September. Juarez-Lopez is one of 57 people who were questioned and detained during that action.

The questions and actions of law enforcement officers are of interest to her defense as well as dozens of other detainees and the greater public, which we represent as the largest news outlet in Central New York.

Local law enforcement has shared similar body camera video taken by their officers outside the building. The videos entered into the public record in your court provide one

more view for the public to judge the conduct of federal agents. This raid has received national attention and has raised questions by even the governor of New York state.

If you have questions, I can be reached at 315-470-3186.

Thank you for your consideration,



Michelle Breidenbach
Reporter
The Post-Standard | Syracuse.com
220 S. Warren St.
Syracuse, NY 13202

*[signature]*