



**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

**John M. Domurad**
**Clerk of Court**

**Daniel R. McAllister**
**Chief Deputy**

**Federal Building and Courthouse**
P.O. Box 7367
Syracuse, New York 13261-7367
(315) 234-8500

November 13, 2025

Michelle Breidenbach, Reporter
The Post Standard | Syracuse.com
220 South Warren Street
Syracuse, NY 13202

Re:  U.S. vs. Juarez-Lopez
     Case #5:25-cr-424-BKS

Dear Ms. Breidenbach,

The Court is in receipt of your request for copies of the following videos filed as exhibits to Defendant's Motion to Suppress (Dkt. No. 23):

1. Exhibit 9:   AM_Axon_Body_4
2. Exhibit 10:  LV_Axon_Body_4
3. Exhibit 11:  AD_Axon_Body_4
4. Exhibit 12:  NH_Axon_Body_4
5. Exhibit 13:  MD Axon_Body_4

The court fee for this request is $34.00. The Court received your payment on 11/13/25 via Pay.gov – receipt number 27T2BFDK. Copies of the videos have been saved on the enclosed USB drive.

If you have any questions, please contact the clerk's office at the phone number above. Thank you.

Very truly yours,

JOHN M. DOMURAD, Clerk of Court


Matthew Gerace
Case Processing Clerk