November 19, 2025
Chief U.S. District Court Judge
Northern District NY
Federal Building and U.S. Courthouse
Syracuse, NY 13261

RE: Request for exhibits
United States v. Juarez-Lopez, 5:25-CR-00424-BKS

Dear Judge Sannes,

I am writing to request that exhibits that include body worn camera footage be made public in the case against Argentina Juarez-Lopez. We are requesting the exhibits 11-15 that were filed on Friday, Nov. 10 by Paul Tuck, Via MFT. These exhibits were included in Mr. Tuck's motion to suppress (docket #23).

We believe it is in the public interest in having these videos of the federal activity that took place inside the Nutrition Bar facility in Cato this past September be made available. The videos entered into the public record in this court provide the public the capability to be made aware of the actions and conduct of federal agents in their communities and as a statewide digital and broadcast news agency, provide us with the ability to ensure the public has access to these records.

If you have questions, I can be reached at 315-726-4611

Thank you for your time and consideration,

Emily Kenny
Digital Reporter
Spectrum News 1
815 Erie Blvd. E. Syracuse, NY 13210



U.S. DISTRICT COURT – N.D. OF N.Y.
FILED
Nov 19 - 2025
John M. Domurad, Clerk