Nov. 18, 2025

U.S. District Court, Northern District of New York
100 S. Clinton St.
Syracuse, NY 13261



To whom it may concern,

I am writing to request copies of the body camera videos filed in case No. #5:25-cr-424-BKS (U.S. vs. Juarez Lopez). Specifically, I understand that five videos were filed into evidence as exhibit Nos. 9-13.

I understand that this will incur a charge of $34. Please advise how to submit payment.

Thank you,

David Wilcox
The Citizen newspaper
25 Seminary St., Suite R1
Auburn, NY 13021
(315) 282-2245