

November 19, 2025

Hon. Brenda K. Sannes, Chief Judge
Northern District of New York

RE: U.S. v. Juarez-Lopez / 5:25-cr-00424-BKS



Your Honor,

I join in the request made by Michelle Breidenbach to make public the exhibits that include body camera footage in the case USA v. Juarez-Lopez.

For the same reasons, I'm requesting what was already approved for sharing and shared by the Clerk of Court:

1. Exhibit 9: AM_Axon_Body_4
2. Exhibit 10: LV_Axon_Body_4
3. Exhibit 11: AD_Axon_Body_4
4. Exhibit 12: NH_Axon_Body_4
5. Exhibit 13: MD Axon_Body_4

Andrew Donovan
Reporter
NewsChannel 9 WSYR-TV

