**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **John M. Domurad**<br>**Clerk of Court**<br><br>**Daniel R. McAllister**<br>**Chief Deputy** |  | **Alexander Pirnie Federal Building**<br>**10 Broad Street**<br>**Utica, New York 13501**<br>**(315) 793-8151** |

November 20, 2025

Emily Kenny/Raymond Sullivan
Digital Reporter
Spectrum News 1
815 Erie Blvd. E.
Syracuse, NY 13210

  Re:  USA vs. Juarez-Lopez
      Case No. 5:25-CR-424 (BKS)

Dear Ms. Kenny/Mr. Sullivan,

The Court is in receipt of your request for copies of the following videos filed as exhibits to Defendant's Motion to Suppress (Dkt. No. 23):

  1. Exhibit 9:  AM_Axon_Body_4
  2. Exhibit 10: LV_Axon_Body_4
  3. Exhibit 11: AD_Axon_Body_4
  4. Exhibit 12: NH_Axon_Body_4
  5. Exhibit 13: MD Axon_Body_4

The court fee for this request is $34.00. The Court received your payment on 11/19/25 via Pay.gov – receipt number 27T7K604. Copies of the videos have been saved on the enclosed USB drive for you to pick up at the Syracuse Clerk's Office. As discussed during our telephone call, Exhibits to this motion 14-15 do not exist.

If you have any questions, please contact the clerk's office at the phone number above. Thank you.

Very truly yours,

JOHN M. DOMURAD, Clerk of Court

Susan Evans
Deputy Clerk