## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF NEW YORK

**John M. Domurad**  
**Clerk of Court**

**Daniel R. McAllister**  
**Chief Deputy**

Alexander Pirnie Federal Building  
10 Broad Street  
Utica, New York 13501  
(315) 793-8151



December 5, 2025

Andrew Donovan  
News Channel 9  
5904 Bridge Street  
East Syracuse, NY 13057

Re:   USA vs. Juarez-Lopez  
         Case No. 5:25-CR-424 (BKS)

Dear Mr. Donovan,

The Court is in receipt of your request for copies of the following videos filed as exhibits to Defendant's Motion to Suppress (Dkt. No. 23):

1. Exhibit 9:    AM_Axon_Body_4
2. Exhibit 10:  LV_Axon_Body_4
3. Exhibit 11:  AD_Axon_Body_4
4. Exhibit 12:  NH_Axon_Body_4
5. Exhibit 13:  MD Axon_Body_4

The court fee for this request is $34.00. The Court received your payment on 12/4/25 via Pay.gov – receipt number 27TKROI8. Copies of the videos have been saved on a USB drive for you to pick up at the Syracuse Clerk's Office.

If you have any questions, please contact the clerk's office at the phone number above. Thank you.

Very truly yours,

JOHN M. DOMURAD, Clerk of Court

*Susan Evans* (signature)

Susan Evans  
Deputy Clerk